**Electronically Filed
Supreme Court
SCWC-17-0000226
28-NOV-2018
12:55 PM**

SCWC-17-0000226

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

PATRICK WILLIAMS, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000226; FC-CR. NO. 15-1-0047)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

        Petitioner/Defendant-Appellant Patrick Williams'
application for writ of certiorari filed on October 12, 2018, is
hereby accepted and will be schedule for oral argument.  The
parties will be notified by the appellate clerk regarding
scheduling.

        DATED:  Honolulu, Hawaiʻi, November 28, 2018.

                        /s/ Mark E. Recktenwald

                        /s/ Paula A. Nakayama

                        /s/ Sabrina S. McKenna

                        /s/ Richard W. Pollack

                        /s/ Michael D. Wilson

